FELIX BONNOTT, *et al.*, Plaintiffs in Error, *vs.* FELICIAN PAR-
TY, *et al.*, Defendants in Error. *

1. Judgment affirmed.

### *Error to Osage Circuit Court.*

*Lay & Belch*, for Plaintiffs in Error.

*Ewing & Smith, with P. B. McCord*, for Defendants in
Error.

ADAMS, Judge, delivered the opinion of the court.

This was an appeal from the final settlement of the defend-
ants, as administrators of Delphine Party deceased. The court,
upon the hearing of the appeal, confirmed the final settle-
ment as made in the *Osage County Court*, and gave judg-
ment against the plaintiffs, who prosecuted the appeal from
the County Court. There was a bill of exceptions; but no
evidence, taken at the trial of the case, was preserved by the
bill of exceptions.

As the whole case depends upon the evidence heard by the
Circuit Court, we cannot interfere with the judgment. Let
it be affirmed; the other judges concur.

---

\* This case was decided when Judge Adams was on the bench. A motion for
re-hearing was filed and sustained, and the case was re-tried at next term of court.
In the meantime Judge Adam's term of office expired. At the second trial the
court reversed their order for re-hearing, and adhered to their original decision.